## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PEGGY L. GROSS,

        Plaintiff,        Case No. 15-11543
                              Hon. Gerald E. Rosen
v.                          Magistrate Judge Elizabeth A. Stafford

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         September 6, 2016        

PRESENT:    Honorable Gerald E. Rosen
                      United States District Judge

On June 8, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report

and Recommendation ("R & R") recommending that the Court grant Plaintiff

Peggy L. Gross's motion for summary judgment, deny the Defendant

Commissioner of Social Security's motion for summary judgment, and remand this

matter for further administrative proceedings pursuant to sentence four of 42

U.S.C. § 405(g).  No objections have been filed to the R & R.  Upon reviewing the

R & R, the parties' underlying motions, and the record as a whole, the Court fully

concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's June 8, 2016 Report and Recommendation (docket #20) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's August 6, 2015 motion for remand (docket #13) is GRANTED, and that Defendant's October 1, 2015 motion for summary judgment (docket #15) is DENIED.

s/Gerald E. Rosen
United States District Judge

Dated:  September 6, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 6, 2016, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135